# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE L. CLECKLER | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06 mj 76-W |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Eugene L. Cleckler_____
                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attachment A

in violation of 18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a).

| | |
|---|---|
| SUSAN RUSS WALKER<br>Name of Issuing Officer | U.S. MAGISTRATE JUDGE<br>Title of Issuing Officer |
| _[signature]_<br>Signature of Issuing Officer | AUGUST 1, 2006   MONTGOMERY, ALABAMA<br>Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |