AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EUGENE L. CLECKLER | **WAIVER OF PRELIMINARY<br>EXAMINATION OR HEARING**<br>(Rule 5 or 32.1, Fed. R. Crim. P.)<br><br>CASE NUMBER: 2:06mj76-SRW |

I, _____EUGENE L. CLECKLER_____ , charged in a  X  complaint  ☐ petition

pending in this District _____

in violation of _____18 & 26_____ , U.S.C., ___71, 2(a), 2(b) & 7212(a)___ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a         X  examination    ☐ hearing    , do hereby waive (give up) my right to a preliminary   X  examination    ☐ hearing.

_____8/8/06_____                    _____/s/ Eugene Cleckler_____
Date                                                              Defendant

                                                                 _____/s/ Counsel_____
                                                                 Counsel for Defendant