| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: August 8, 2006 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 3:33 - 3:46 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj76-SRW    **DEFENDANT NAME:** Eugene L. Cleckler

**AUSA:** Andrew Schiff    **DEFT. ATTY:** Ron Brunson

**Type Counsel:** (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Thweatt/Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest August 8, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel.  Has retained Ron Brunson |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,00.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √ preliminary examination; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.    CRIMINAL TERM: |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*\*Court directs Government to amend complaint as offense is incorrectly stated on first page of the complaint.**