IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　　) | CR. NO. 2:06mj76-W |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER　　　　　　) | |

**MOTION TO AMEND COMPLAINT**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

On August 1, 2006, a Complaint was filed against Eugene L. Cleckler and Kim Cleckler, 2:06mj76-W (copy attached). The circled portion (which states "travel in interstate commerce with intent to avoid prosecution") was inadvertently carried over from a prior complaint and should be deleted. The proposed deletion is clerical in nature only and does not affect the substantive counts against the defendants.

The government requests that it be allowed to amend this complaint by deleting the circled portion and resubmitting the corrected version for filing.

Respectfully submitted this the 9th day of August, 2006.

　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　/s/Andrew O. Schiff
　　　　　　　　　　　　　　　　　ANDREW O. SCHIFF
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　One Court Square, Suite 201
　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　Phone: (334)223-7280
　　　　　　　　　　　　　　　　　Fax: (334)223-7135
　　　　　　　　　　　　　　　　　E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06mj76-W |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER  ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Beck, Esq. and Ronald Brunson, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

**FILED**

# United States District Court

AUG 1 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | |
| EUGENE L. CLECKLER, and KIM CLECKLER | CASE NUMBER: 2:06mj76-W |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November, 1996, through November, 2000,__ in __Chilton__ County, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

See Attachment A

travel in interstate commerce with intent to avoid prosecution, in violation of __18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a)__.

I further state that I am a __Special Agent with Internal Revenue Service/Criminal Investigation Division__ and
                                                  Official Title
that this complaint is based on the following facts:

See Attachment B

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__AUGUST 1, 2006__                                           at   __Montgomery, Alabama__
Date                                                                       City and State

SUSAN RUSS WALKER
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                             Signature of Judicial Officer