IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 2:06mj76-SRW |
| ) | |
| EUGENE L. CLECKLER ) | |
| KIM CLECKLER ) | |

## **ORDER**

On August 8, 2006, defendants waived their preliminary hearing in this case. Based on this waiver and on the complaint filed in this matter, the Magistrate Judge finds that there is probable cause to bind the defendants over to the District Court for further proceedings.

DONE, this 10th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE